UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL EARL CHAMPION

CASE NO.  3:26- 131-JEP-PDB
18 U.S.C. § 2422(b)
18 U.S.C. § 2252(a)(2)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
**(Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity)**

From on or about February 23, 2025, through on or about February 24, 2025, in the Middle District of Florida, and elsewhere, the defendant,

**MICHAEL EARL CHAMPION,**

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who the defendant believed had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense, specifically: capital sexual battery of a person less than 12 years of age, in violation of § 794.011(2)(a), Florida Statutes.

In violation of 18 U.S.C. § 2422(b).

## COUNT TWO
**(Distribution of Child Pornography)**

On or about February 23, 2025, in the Middle District of Florida, and elsewhere, the defendant,

**MICHAEL EARL CHAMPION,**

did knowingly distribute a visual depiction using any means and facility of interstate and foreign commerce and that has been shipped and transported in and affecting interstate and foreign commerce when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## FORFEITURE

1.      The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. §§ 2253 and 2428.

2.      Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

       a.      any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

       b.      any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3.      Upon conviction of a violation of 18 U.S.C. § 2252(a)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

       a.      Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110, or any book, magazine, periodical,

2

film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110;

      b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

      c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

4.    The property to be forfeited includes, but is not limited to, the following: a Samsung Galaxy A11 cellular phone, seized on or about March 5, 2025.

5.    If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

A TRUE BILL,



_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
LAURA COFER TAYLOR
Assistant United States Attorney

By: _____
RACHEL LASRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
6/18/26 Revised

No.

# UNITED STATES DISTRICT COURT
### Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## MICHAEL CHAMPION

## INDICTMENT

Violations: 18 U.S.C. § 2422(b) and 18 U.S.C. § 2252(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 24th day

of June, 2026.

_____
Clerk

Bail    $_____

GPO 863 525